UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*William S. Parker vs. New England Compounding Pharmacy, Inc., et al.*<br>Case No.:  12-cv-12388 | **MDL NO. 1:13-md-02419** |

NOTICE OF APPEARANCE

Please enter the appearance of Matthew P. Moriarty of the law firm Tucker Ellis LLP, as

counsel for defendant Ameridose, LLC

> */s/ Matthew P. Moriarty*
> MATTHEW P. MORIARTY
> (Ohio Bar #0028389)
> Tucker Ellis  LLP
> 925 Euclid Avenue, Suite 1150
> Cleveland, Ohio 44115-1414
> Tel:     (216) 592-5000
> Fax:    (216) 592-5009
> E-mail:matthew.moriarty@tuckerellis.com
>
> *Attorney for Ameridose, LLC*

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been filed with the Clerk of Court on March 19, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

      */s/ Matthew P. Moriarty*
      MATTHEW P. MORIARTY
      (Ohio Bar #0028389)
      Tucker Ellis  LLP
      925 Euclid Avenue, Suite 1150
      Cleveland, Ohio 44115-1414
      Tel:    (216) 592-5000
      Fax:   (216) 592-5009
      E-mail:matthew.moriarty@tuckerellis.com

      *Attorney for Ameridose, LLC*