# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>*William S. Parker vs. New England Compounding Pharmacy, Inc., et al.*<br>Case No.:  12-cv-12388 | MDL NO. 1:13-md-02419 |

## NOTICE OF APPEARANCE

Please enter the appearance of Richard A. Dean of the law firm Tucker Ellis LLP, as counsel for defendants Ameridose, LLC

>*/s/ Richard A. Dean*
>RICHARD A. DEAN (Ohio Bar #0013165)
>Tucker Ellis  LLP
>925 Euclid Avenue, Suite 1150
>Cleveland, Ohio 44115-1414
>Tel:     (216) 592-5000
>Fax:     (216) 592-5009
>E-mail:richard.dean@tuckerellis.com
>
>*Attorney for Ameridose, LLC*

**CERTIFICATE OF SERVICE**

  This is to certify that a copy of the foregoing has been filed with the Clerk of Court on March 19, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

              */s/ Richard A. Dean*
              RICHARD A. DEAN (Ohio Bar #0013165)
              Tucker Ellis LLP
              925 Euclid Avenue, Suite 1150
              Cleveland, Ohio 44115-1414
              Tel: (216) 592-5000
              Fax: (216) 592-5009
              E-mail:richard.dean@tuckerellis.com

              *Attorney for Ameridose, LLC*